Ok.AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

J&J Sports Productions, Inc.,
*Plaintiff*
v.
J & R Social Club, Inc. d/b/a Silvermoon Sports Lounge; Jennyfer Benzant Rodrigues a/k/a Jennifer Benzant; Carrie Palfrey a/k/a Carrie Springs; Ashley Simmons,
*Defendant*

) Civil Action No. 8:17-cv-02414-DCC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff, J&J Sports Productions, Inc., recover from the defendants, J&R Social Club, Inc., Jennifyer Benzant Rodrigues, and Ashley Simmons, the amount of Seven Thousand, Five Hundred dollars and 00/100 ($7,500.00), plus postjudgment interest at the rate of 1.94%, along with attorney's fees in the amount of One Thousand, Five Hundred dollars and 00/100 ($1,500.00) and costs in the amount of One Thousand, Two Hundred and Forty-Two dollars and 18/100 ($1,242.18).

This action was *(check one)*:

■ decided by the Honorable Donald C Coggins, Jr.

Date: July 11, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/Ashley Buckingham
*Signature of Clerk or Deputy Clerk*